JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JAMI RUSSO, <br><br> Plaintiff, <br><br> vs. <br><br> AETNA LIFE INSURANCE COMPANY; and, SANOFI-AVENTIS U.S. LLC EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, <br><br> Defendants. | Case No: EDCV12-01902 R(DTBx) <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2013

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE